McLAUGHLIN v. THE STATE.

*Wheeler* v. *The State, ante,* 113 affirmed; *Hamilton* v. *The State,* 3 Ind. R. 552, overruled as to the point of practice established in *Wheeler* v. *The State.*

APPEAL from the *La Grange* Circuit Court.

*Friday,
December 5.*

*Per Curiam.*—This case falls within that of *Wheeler* v. *The State*, at this term. The Court should have granted the continuance or required the admission of facts sworn to, agreeably to the rule of practice there laid down,—a rule which, upon reconsideration, we are satisfied with.

The provisions in the civil code do not necessarily govern in criminal practice; but it is reasonable to con-

sult them, in the absence of special provisions in the criminal code, in establishing rules, as the Court must, in relation to procedure in criminal cases. We think the case of *Hamilton* v. *The State*, 3 Ind. R. 552, should be overruled as to this point of practice.

The judgment below is reversed. Cause remanded for a new trial, and the keeper of the State prison is ordered to be notified pursuant to the statute, to return the prisoner, &c.

*A. Ellison*, for the appellant.
*S. J. Stoughton*, for the State.